[No. 51354-1-I.   Division One.   August 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST PIMPLETON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04757-9, Steven C. Gonzalez, J., entered October 11, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20488-0-III.   Division Three.   August 5, 2003.]

ANDERSON HAY & GRAIN COMPANY, INC., *Appellant*, v. UNITED DOMINION INDUSTRIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 99-2-00432-1, Michael E. Cooper, J., entered July 16, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ. Now published at 119 Wn. App. 249.

[Nos. 27369-1-II; 28309-3-II.   Division Two.   August 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE EDWARD PATTERSON, *Appellant*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 00-1-01637-7, M. Karlynn Haberly and Jay B. Roof, JJ., entered May 18, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27948-7-II.   Division Two.   August 5, 2003.]

C. EDWARD UPTON, ET AL., *Respondents*, v. JEANINE GOFF, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 01-2-00146-1, Thomas J. Majhan, J., entered October 24, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.